UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DJB Rentals, LLC,

    Plaintiff,

v.

                                            CASE NO. 8:25-cv-01221-SDM-CPT

City of Largo, Florida,

    Defendant.
_____/

## ORDER

Alleging violations of the Eighth and Fourteenth Amendments to the United States Constitution, DJB Rentals, LLC, sues (Doc. 1) the City of Largo, Florida, under 42 U.S.C. §1983. The city moves to dismiss the complaint (Doc. 23), and DJB responds. (Doc. 27) For reasons stated in DJB's response to the city's motion to dismiss, the motion to dismiss is **DENIED**.

ORDERED in Tampa, Florida, on October 22, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE